IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **JEANINE LEWIS,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC AND KNIGHT ADJUSTMENT BUREAU,**<br><br><br>　　　　Defendants. | **ORDER OF DISMISSAL**<br><br>Case No. 2:18-cv-00727-DAK-BCW<br><br>District Judge: Dale A. Kimball |

　　　　Pursuant to the stipulation of the parties, and for good cause shown, Equifax Information Services, LLC is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs. Since Equifax is the sole remaining defendant, this case is dismissed in its entirety.

So ORDERED this 21st day of February, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　Dale A. Kimball
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge